| | | | |
|---|---|---|---|
| Com. v. Vicks | 07/19/2016144 EAL (2016) | Denied | Pa.Super., 144 A.3d 209 |
| Com. v. Villa-nueva [46] | 07/27/2016296 MAL (2016) | Denied | Pa.Super., 145 A.3d 771 |
| Com. v. White | 07/19/201678 EAL (2016) | Denied | Pa.Super., 141 A.3d 587 |
| Com. v. Williams [47] | 07/27/2016152 WAL (2016) | Denied | Pa.Super., 144 A.3d 197 |
| Com. v. Yingling | 08/02/201662 WAL (2016) | Denied | Pa.Super., 141 A.3d 592 |
| Com. v. Yingling [48] | 08/04/2016279–281 MAL (2016) | Denied | Pa.Super., 144 A.3d 207 |
| Com. v. Zaffino | 08/03/2016102 MAL (2016) | Denied | Pa.Super., 134 A.3d 485 |
| Coyle v. Coyle | 08/03/201629 WAL (2016) | Denied | Pa.Super., 135 A.3d 664 |
| D.S., In re Adoption of; J.S.-G, In re; B.C. In re Adoption of; J.C., In re Adoption of [49] | 02/01/2016859 MAL (2015) | Denied | Pa.Super., 134 A.3d 100 |
| D.V.M.R., In re; G.R., In re | 07/18/2016386 MAL (2016) | Denied | Pa.Super., 144 A.3d 190 |
| Devlin's Pointe Apartments v. Rouse [50] | 07/27/201697 WAL (2016) | Denied | No. 1988 WDA 2015 |

46. Justice MUNDY did not participate in the consideration or decision of this matter.

47. Justice MUNDY did not participate in the consideration or decision of this matter.

48. Justice MUNDY did not participate in the consideration or decision of this matter.

49. Justice EAKIN did not participate in the consideration or decision of this matter.

50. Justice MUNDY did not participate in the consideration or decision of this matter.